UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

MARK ALLIE, et al.

              Defendants.
-----------------------------------------------------------X

1:13-cr-00242-SAS-28

ECF CASE

**[PROPOSED] ORDER OF REVOCATION OF BAIL**

Upon submission by counsel for Defendant Steve Ramsnamy and upon consent by the Government:

IT IS HEREBY ORDERED that the bail of Defendant Steve Ramsnamy, ordered by Magistrate Judge James Cott on July 15, 2013, is revoked effective October 30, 2013.

IT IS FURTHER ORDERED that the obligations of the appearance bond as to Defendant Steve Ramsnamy in the amount of $200,000 are exonerated.

IT IS FURTHER ORDERED that Defendant Steve Ramsnamy report to the fourth floor of the United States District Court of the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at 10:00am on October 30, 2013, to be remanded to the custody of the United States Bureau of Prisons.

Dated: New York, New York
          _____, 25, 2013

SO ORDERED.

_____
Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/13