Scheindlin, S.

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/13

United States of America
v.
Steve Ramsnamy

Case No. 13-cr-00242-28 (SAS)

*Defendant*

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

House located at 2673 Marion Avenue, Bronx, New York 10548. The house is owned free and clear of any encumbrances by Ronald Ramsnamy.

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

1. Deed
2. Affidavit of Confession of Judgment and Judgment by Confession

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 11/27/2013

City and state: New York, New York

_____
*Defendant (if a property owner)*

Ronald Ramsnamy
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

CLERK OF COURT

Date:

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

Date: 11/27/2013

UNITED STATES OF AMERICA

_____
*Assistant United States Attorney's signature*

Agreement approved.

Date: 12/2/13

_____
*Judge's signature*

# Attachment 1

Standard N.Y.B.T.U. Form 8042 - -Bargain and Sale Deed, with Covenant against Grantor's Acts—Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 18th day of December, nineteen hundred and eighty-five

BETWEEN Arnold Coleman, residing at 2673 Marion Avenue, Bronx New York 10458

party of the first part, and Ronald Ramsnamy, residing at 2645 Morris Avenue, Bronx, New York 10468

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Bronx, County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Marion Avenue, as widened, distant northerly 374.03 feet from the corner formed by the intersection of the northerly side or line of East 194th Street with the westerly side or line of Marion Avenue, aforesaid;

THENCE RUNNING westerly at right angles to Marion Avenue and part of the distance through a party wall 172.16 feet;

THENCE RUNNING northerly along a line which forms an interior angle of 95 degrees, 42 minutes, 38 seconds with the last mentioned course 15.075 feet;

THENCE RUNNING easterly at right angles to Marion Avenue 173.66 feet to the westerly side of Marion Avenue;

THENCE southerly along the westerly side of Marion Avenue 15 feet to the point or place of BEGINNING.

Said premises known as and by the street number 2673 Marion Avenue, Bronx, New York

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this Indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____     _____
WITNESS:                              ARNOLD COLEMAN

On the 18th day of December 1985, before me personally came

Arnold Coleman

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

*[Notary signature]*

DENIS P. MULLANEY
NOTARY PUBLIC, STATE OF NEW YORK
No. 41-4711398
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES MARCH 30, 19__

STATE OF NEW YORK, COUNTY OF _____ ss:

On the ___ day of ___ 19__, before me personally came ___ to me known, who, being by me duly sworn, did depose and say that he resides at No. ___

that he is the
of
___, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed his name thereto by like order.

STATE OF NEW YORK, COUNTY OF _____ ss:

On the ___ day of ___ 19__, before me personally came the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No. ___

that he knows
___
to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed his name as witness thereto.

---

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE NO. _____

ARNOLD COLEMAN

TO

RONALD RAMSNAMY

SECTION 12 Vol. 2
BLOCK 3287
LOT 98
COUNTY OR TOWN Bronx

Recorded At Request of
First American Title Insurance Company of New York

RETURN BY MAIL TO:

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
First American Title Insurance Company
of New York

Anthony Picciolo, Esq.
1322 East Gun Hill Road
Bronx, New York

Zip No. 10469

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

# Attachment 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X
 :
UNITED STATES OF AMERICA, : Index No.: 304582/2013
 :
 Plaintiff, :
 : AFFIDAVIT OF
 -against- : CONFESSION OF
 : JUDGMENT
RONALD RAMSNAMY, :
 :
 Defendant. :
 :
-----------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF BRONX ) ss.:

RONALD RAMSNAMY being duly sworn, deposes and says:

1. That deponent is a defendant herein. The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $200,000, subject to the conditions set forth in paragraph 4(b) below.

2. Defendant resides at 2673 Marion Avenue, Bronx, New York, 10548.

3. Defendant Ronald Ramsnamy owns the house located at 2673 Marion Avenue, Bronx, New York 10548 in its entirety, subject to an outstanding balance of $1,015.49 on a home equity loan with Chase Bank.

4. This confession of judgment is for a debt justly to become due to the plaintiff arising from the following facts:

   a. The defendant, RONALD RAMSNAMY, makes this affidavit to help secure an appearance bond executed in the United States District Court for the Southern District of New York in connection with the following case now pending in the United States District

Court for the Southern District of New York, *United States v. Steve Ramsnamy*, 13-cr-00242-28 (SAS);

  b. The defendant has executed this affidavit and authorizes entry of judgment against him in the amount of $200,000 through the aforementioned ownership of the house to secure the United States of America only in the event that Steve Ramsnamy breaches the terms and conditions of his appearance bond such that forfeiture of his bond is duly ordered by the court;

  c. The property being posted to secure the bond is located at 2673 Marion Avenue, Bronx, New York, 10548;

  d. This Confession of Judgment shall become null and void at the conclusion of the matter captioned *United States v. Steve Ramsnamy*, 13-cr-00242-28 (SAS).

*[signature]*
RONALD RAMSNAMY

Sworn to before me this
13 day of July, 2013

*[signature]*
Notary Public

GAIL ELYSSE SANCHEZ
Notary Public, State of New York
No. 01SA6270261
Qualified in New York County
Commission Expires October 15, 2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

RONALD RAMSNAMY,

        Defendant.

---------------------------------------------------------------X

Index No.: 304582/13

Address of Plaintiff:
One St. Andrew's Plaza
New York, NY 10007

JUDGMENT BY CONFESSION

| | |
|---|---|
| Amount Confessed | $ 200,000.00 |
| Interest | 0.00 |
| | $ 200,000.00 |
| Costs by Statute | 0.00 |
| Transcript | 0.00 |
| Fees on Execution | 0.00 |
| Satisfaction | 0.00 |
| Filing Fee | 0.00 |
| **Total:** | **$ 200,000.00** |

STATE OF NEW YORK   )
COUNTY OF BRONX   ) ss.:

### ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, affirms that she is attorney of record for the plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: July 23, 2013
New York, New York

United States Attorney
Southern District of New York

By: _____
JESSICA ORTIZ
Assistant United States Attorney

RECEIVED BY:

JUL 2 5 2013

Judgment Department

1

JUDGMENT entered the 25TH day of July, 2013.

On filing the foregoing affidavit of Confession of Judgment made by the defendants herein, sworn to the 23RD day of July, 2013.

NOW, ON MOTION OF United States Attorney for the Southern District of New York, One Saint Andrew's Plaza, New York, NY 10007, attorney for plaintiff, it is

ADJUDGED that the UNITED STATES OF AMERICA, plaintiff, located at the United States Attorney's Office, One Saint Andrew's Plaza, New York, New York 10007, does recover of RONALD RAMSNAMY, defendant, residing at 2673 Marion Avenue, Bronx, New York, 10548, the sum of $200,000.00, with interest of $0, making a total of $200,000.00, together with $0 costs and disbursements, amounting in all to the sum of $200,000.00, and that the plaintiff has execution therefore.

Clerk Luis M. Diaz

JUL 25 2013

2

FILED-RECORDED

2013 JUL 25 AM 10: 19
COUNTY CLERK
BRONX COUNTY

304584/13

UNITED STATES OF AMERICA

-vs-

RONALD RAMSAMY

JUDGMENT BY CONFESSION

Judgment Entered by M.C. on JUL 25 2013