UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

MARK ALLIE, et al.

                Defendants.
-----------------------------------------------------------------X

1:13-cr-00242-SAS-28

ECF CASE

[PROPOSED] ORDER AMENDING BAIL TRAVEL RESTRICTIONS

Upon submission by counsel for Defendant Steve Ramsnamy and upon consent by the Government and the Pretrial Services Office of the Southern District of New York:

IT IS HEREBY ORDERED that the travel restrictions in the bail conditions of Defendant Steve Ramsnamy be amended to allow travel to court appearances in the Southern and Eastern District of New York and the District of New Jersey.

IT IS FURTHER ORDERED that Defendant Steve Ramsnamy be permitted to travel to attend the first birthday party of his daughter on Saturday January 18, 2014, at the Pelican Ville Banquet Hall in the Bronx, New York.

Dated: New York, New York
       Jan. 9, 2014

SO ORDERED.

_____
Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/14