UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-

MARK ALLIE, et al.

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/14

1:13-cr-00242-SAS-28

ECF CASE

[PROPOSED] ORDER
AMENDING BAIL
CONDITIONS

WHEREAS, on April 28, 2014, counsel for the defendant Steve Ramsnamy filed a letter request for a modification of Mr. Ramsnamy's bail conditions so that Mr. Ramsnamy could leave the house in which he resides under home incarceration to seek employment, attend job interviews, and hold employment; and

WHEREAS counsel for Mr. Ramsnamy has represented in the letter referenced above that counsel contacted Mr. Ramsnamy's pre-trial services officer, who informed counsel for Mr. Ramsnamy that he does not object to this request; and

WHEREAS counsel for Mr. Ramsnamy further represented that counsel contacted the government, who informed counsel for Mr. Ramsnamy that the government takes no position with respect to this request,

IT IS HEREBY ORDERED that the conditions of Mr. Ramsnamy's bail are modified so that Mr. Ramsnamy shall reside with his grandparents at the address of 2673 Marion Ave., Bronx, New York 10458, under home detention instead of home incarceration; and

IT IS FURTHER ORDERED that Mr. Ramsnamy may search for and obtain employment outside the house where he currently resides with his grandparents, and that he may attend his job in the event he obtains one; and

IT IS FURTHER ORDERED that Mr. Ramsnamy must inform his pre-trial services officer in advance of the times and places he will go to seek employment, and when he plans to return from such appointments; and

IT IS FURTHER ORDERED that in the event Mr. Ramsnamy obtains employment, he will notify his pre-trial services officer of the place of his employment and the times he will be going to and from the place of his employment.

All other conditions of bail will remain in effect.

Dated: New York, New York
       May ___, 2014

SO ORDERED.

Shira A. Scheindlin
United States District Judge