

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

July 10, 2014

**BY EMAIL AND ECF**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        **Re:**    *United States v. Steve Ramsnamy*, 13 Cr. 242

Dear Judge Scheindlin:

      The Government writes to respectfully request that time be excluded for Speedy Trial Act purposes from the date of this letter through August 11, 2014, to allow the parties to reach a disposition of this matter.  The defendant, through counsel, does not object to this request.  The trial of the defendant, Steve Ramsnamy, was severed from that of the other defendants in this case, and there is currently no trial date scheduled for the defendant.  The parties believe that a disposition will be reached within the next month.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

      By:    */s/ Jared Lenow*
                        Jared Lenow
                        Assistant United States Attorney
                        (212) 637-1068

Cc (by email): Lawrence S. Bader
                 Peter Janowski