



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/14

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2014

**BY EMAIL AND ECF**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

### Re: *United States v. Steve Ramsnamy*, 13 Cr. 242

Dear Judge Scheindlin:

The Government writes to respectfully request that time be excluded for Speedy Trial Act purposes from the date of this ~~letter through August 11, 2014,~~ to allow the parties to reach a disposition of this matter. The defendant, through counsel, does not object to this request. The trial of the defendant, Steve Ramsnamy, was severed from that of the other defendants in this case, and there is currently no trial date scheduled for the defendant. The parties believe that a disposition will be reached within the next month.

Request granted. The
time between July 10, 2014
and August 11, 2014 is
excluded for the reasons
stated in this letter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jared Lenow
Assistant United States Attorney
(212) 637-1068

Cc (by email): Lawrence S. Bader
Peter Janowski

So Ordered.
USDJ
7/10/14