UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

MARK ALLIE, et al.
(STEVE RAMSNAMY)

           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/14

1:13-cr-00242-SAS-28

ECF CASE

[PROPOSED] ORDER
AMENDING BAIL
CONDITIONS

       Upon submission by counsel for Defendant Steve Ramsnamy and upon consent by Pre-trial Services and the government:

       IT IS HEREBY ORDERED that the conditions of Mr. Ramsnamy's bail are modified to eliminate home detention and to eliminate location monitoring.

       All other conditions of bail will remain in effect.

Dated: New York, New York
       July 25, 2014

SO ORDERED.

Shira A. Scheindlin
United States District Judge