

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

August 12, 2014

**BY EMAIL AND ECF**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States v. Steve Ramsnamy*, 13 Cr. 242

Dear Judge Scheindlin:

      The Government writes to respectfully request that time be excluded for Speedy Trial Act purposes from the date of this letter through September 15, 2014, to allow the parties to reach a disposition of this matter.  The parties have reached a tentative plea agreement, and have scheduled a plea before the duty magistrate judge on August 26, 2014.

      The defendant, through counsel, does not object to this request.  The trial of the defendant, Steve Ramsnamy, was severed from that of the other defendants in this case, and there is currently no trial date scheduled for the defendant.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:      */s/ Jared Lenow*
      Jared Lenow
      Assistant United States Attorney
      (212) 637-1068

Cc (by email): Lawrence S. Bader
              Peter Janowski