```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v. -                       :   13 Cr. 242 (SAS)
                                     :
STEVE RAMSNAMY,                      :
                                     :
                    Defendant.       :
                                     :
                                     :
                                     :
------------------------------------X
```

WHEREAS, the Government has moved to exclude time for Speedy Trial Act purposes through September 15, 2014, to allow the parties to reach a disposition of this matter;

WHEREAS, defendant Steve Ramsnamy, through counsel, does not object to this request; and

WHEREAS, the Court finds that the ends of justice are served by this exclusion of time to allow the parties to reach a disposition in this matter, and that these ends outweigh the best interests of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED that time is excluded for Speedy Trial Act purposes from the date of this order through September 15, 2014.

Dated: New York, New York
August 13, 2014

Shira A. Scheindlin
United States District Judge
Southern District of New York