USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              1:13-cr-00242-SAS-28

       -against-                   ECF CASE

                              **[PROPOSED] ORDER OF**
MARK ALLIE, et al.                  **REVOCATION OF BAIL**

              Defendants.
-----------------------------------------------------------------X

Upon submission by counsel for Defendant Steve Ramsnamy:

IT IS HEREBY ORDERED that the bail of Defendant Steve Ramsnamy, ordered by this

Court on November 27, 2013, is revoked effective September 22, 2014.

IT IS FURTHER ORDERED that Defendant Steve Ramsnamy report to the fourth floor

of the United States District Court of the Southern District of New York, 500 Pearl Street, New

York, New York, 10007, at 10:30am on September 22, 2014, to be remanded to the custody of

the United States Bureau of Prisons.

IT IS FURTHER ORDERED that the obligations of the appearance bond as to Defendant

Steve Ramsnamy in the amount of $200,000 be maintained until further notice.

Dated: New York, New York
                , 2014

                                     SO ORDERED.

                                     Shira A. Scheindlin
                                     United States District Judge