```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :      ORDER
                                    :
            - v. -                  :
                                    :      13 Cr. 242 (SAS)
STEVE RAMSNAMY,                     :
                                    :
                        Defendant.  :
                                    :
------------------------------------X

WHEREAS, with the consent of defendant STEVE RAMSNAMY, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on August 26, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
          September 22, 2014

                                    _____
                                    SHIRA A. SCHEINDLIN
                                    UNITED STATES DISTRICT JUDGE
                                    Southern District of New York