USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

STEVE RAMSNAMY,

    Defendant.
------------------------------------------------------------X

1:13-cr-00242-SAS-28

ECF CASE

**[PROPOSED] ORDER
RELEASING BAIL**

WHEREAS, the Court having sentenced the defendant Steve Ramsnamy on January 21, 2015 to a sentence of nineteen months' imprisonment;

AND WHEREAS, defendant Steve Ramsnamy having been remanded to the custody of the Bureau of Prisons for the remainder of the term of imprisonment;

IT IS HEREBY ORDERED, that all bail furnished to secure his appearance in this matter, including but not limited to the defendant's $200,000 Personal Recognizance Bond and the Agreement to Forfeit Real Property to Obtain a Defendant's Release, which were docketed in this matter (Docket Entry 131), be, and hereby are, exonerated and released in all respects.

Dated: New York, New York
      April 14, 2015

SO ORDERED.

_____
Hon. Shira A. Scheindlin
United States District Judge