```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     13Cr242(DLC)
                                         :
              -v-                        :     ORDER
                                         :
STEVE RAMSNAMY,                          :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At a conference held on January 10, 2020, the Court scheduled a status conference for Friday, **May 1, 2020** at **2:00 pm**. In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant. If there is informed and voluntary consent to waive his right to be present in-person at the proceeding, defense counsel shall file with the Court the executed form by **April 29, 2020**. Counsel is advised that in the event the defendant consents but counsel is unable to obtain the defendant's physical signature on the attached form, the Court will conduct an inquiry on May 1 to determine whether it is appropriate for the Court to add the defendant's signature to the form.

IT IS FURTHER ORDERED that, if the defendant consents, the proceeding, on **May 1, 2020** at **2:00 pm**, shall take place

telephonically because videoconferencing is not reasonably available.  The parties shall use the following dial-in credentials:

        Dial-in:      888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          April 23, 2020

                                          _____
                                          DENISE COTE
                                United States District Judge

April 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                  -v-                                     **WAIVER OF RIGHT TO BE PRESENT AT**
                                                          **CRIMINAL PROCEEDING**

                              ,
                              Defendant.                        -CR-    ( )( )

---------------------------------------------------------------X

___      Supervised Release Conference

       I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:            _____
                     Signature of Defendant


                     _____
                     Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:            _____
                     Signature of Defense Counsel


                     _____
                     Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:   _____
        Signature of Defense Counsel

**Accepted:**   _____
        Signature of Judge
        Date: