```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA,             :
                                      :
              -v-                     :        13Cr242 (DLC)
                                      :
STEVE RAMSNAMY,                       :            ORDER
                                      :
                      Defendant.      :
                                      :
--------------------------------------X
```

DENISE COTE, District Judge:

At a conference held on May 1, 2020, the Court scheduled a conference for Friday, **May 15, 2020** at **10:00 am**. It is hereby

ORDERED that the May 15 proceeding will take place by Skype for Business videoconference if it is reasonably available. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/LGQIXX64. To use this link, you may need to download software to use Skype's videoconferencing features.[1]

IT IS FURTHER ORDERED that participants test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his videoconference capability

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press and public may access the conference audio using the following credentials:

>Call-in number: 917-933-2166
>Conference ID: 581793074

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

The defendant and counsel will also use this number and conference ID should they be unable to successfully access Skype for Business.

Dated:    New York, New York
          May 11, 2020

                        _____
                              DENISE COTE
                      United States District Judge