```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :    13Cr242 (DLC)
                                         :
 STEVE RAMSNAMY,                         :        ORDER
                                         :
                     Defendant.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant's request to adjourn the **May 15, 2020** proceeding to Friday, **May 22, 2020** at **2:00 p.m.** is granted.  It is hereby

ORDERED that the May 22 proceeding will take place by Skype for Business videoconference if it is reasonably available.  To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/LGQIXX64.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

Business, may access the conference audio using the following credentials:

        Call-in number:     917-933-2166
        Conference ID:     581793074

IT IS FURTHER ORDERED that by Wednesday, **May 20, 2020,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business. If the defendant and counsel are unable to successfully test Skype for Business, the May 22 hearing will proceed as a telephone conference, as opposed to a Skype for Business videoconference. If the hearing proceeds as a telephone conference, the parties shall use the following dial-in credentials, which are also accessible to the press and public:

        Dial-in:          888-363-4749
        Access code:       4324948

Dated:    New York, New York
           May 14, 2020

                                              _____
                                                 DENISE COTE
                                  United States District Judge